IDA HERRITT, PETITIONER-PETITIONER, v. PRISCILLA McKENNA AND MALCOLM C. McKENNA, RESPONDENTS-RESPONDENTS.

See same case below: 77 *N. J. Super.* 409.

*Mr. Sheldon M. Liebowitz* and *Mr. Milton D. Liebowitz* for the petitioner.

*Mr. George G. Tennant, Jr.* and *Mr. Bruce LaSala* for the respondents.

March 25, 1963.  Denied.

BEATRICE SOKOL, PETITIONER-RESPONDENT, v. MUTUAL HOME EQUIPMENT, RESPONDENT-PETITIONER.

*Messrs. Lenox, Giordano and Lenox* and *Mr. Richard J. S. Barlow, Jr.* for the petitioner.

*Mr. H. Hurlburt Tomlin* for the respondent.

March 25, 1963.  Denied.